UNITED STATES of America v. Oscar JOHNSON.

No. 9704.

Circuit Court of Appeals, Ninth Circuit.

Dec. 20, 1940.

Wm. Fleet Palmer, U. S. Atty., of Los Angeles, Cal., for appellant.

Volney P. Mooney, Jr., of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of the respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

---

UNITED STATES of America v. Ethel Craig LOVELAND.

No. 9697.

Circuit Court of Appeals, Ninth Circuit.

Dec. 16, 1940.

Wm. Fleet Palmer, U. S. Atty., and Daniel Dillon, Atty., Department of Justice, both of Los Angeles, Cal., for appellant.

August J. O'Connor, of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court in this cause issued forthwith.

---

UNITED STATES, Appellee, v. John H. McGLOON, Appellant.

No. 153.

Circuit Court of Appeals, Second Circuit.

Dec. 30, 1940.

Fred A. Ironside, Jr., of New York City, for appellant.

John T. Cahill, U. S. Atty., and Howard F. Corcoran, Joseph Brandwen, Ralph Lewis, Jr., Asst. U. S. Attys., all of New York City, for appellee.

Before L. HAND, SWAN, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

UNITED STATES of America, Appellant, v. Stephanos Christo PERELEKOS, Appellee.

No. 8813.

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1940.

John C. Lehr, U. S. Atty., of Detroit, Mich., for appellant.

No appearance for appellee.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by appellant, accompanied by certificate of the Clerk of the District Court as required by rule 19, on consideration whereof, it is now ordered that the appeal be and the same is hereby docketed and dismissed.